FRANCES GAINES v. OWEN P. JACOBSEN.— Motion for reargument denied, with $10 costs. Present — Dore, J. P., Callahan, Breitel, Botein and Bergan, JJ. [See *ante,* p. 325.]

PAN AMERICAN FOOD COMPANY, INC., v. AMERICAN PRESIDENT LINES, LTD.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Dore, J. P., Breitel, Bastow and Botein, JJ. [See *ante,* p. 705.]